UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ANOOSH RAKHSHANDEH,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS TECH UNIVERSITY,<br><br>    Defendant. | No. 5:20-CV-110-H |

### ORDER TRANSFERRING CASE TO
### UNITED STATES MAGISTRATE JUDGE

The Court, having reviewed the parties' Joint Report Regarding Contents of Scheduling Order, notes that the parties have consented to try this case before a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c). *See* Dkt. No. 10 at 4. Accordingly, this case is transferred to the docket of United States Magistrate Judge D. Gordon Bryant to conduct all further proceedings and for entry of judgment, in accordance with 28 U.S.C. § 636(c).

Any appeal from the judgment shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c)(3). All pleadings hereafter filed in this case must be filed under civil-action number 5:20-CV-110-BQ. The suffix designation "BQ" must be used in lieu of the suffix designation "H."

So ordered on November 5, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE