IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ANOOSH RAKHSHANDEH, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:20-CV-110-BQ |
| TEXAS TECH UNIVERSITY, | § § § | |
| Defendant. | § § | |

### JUDGMENT

For the reasons stated in the Court's order of even date, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Second Amended Complaint and all claims alleged therein are dismissed with prejudice. This judgment fully and finally resolves all claims asserted by Plaintiff.

**SO ORDERED.**

Dated: January 31, 2023.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE